# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3573

_____

William Patrick Johnson,           *
                                   *
            Appellant,             *
                                   *
                                   *   Appeal from the United States
      v.                           *   District Court for the
                                   *   Southern District of Iowa.
John Baldwin, IDOC Director; Sheryl *
Lockwood, Eastern Asst. Dept.      *        [UNPUBLISHED]
Director; Jerry Bartruff, Religious *
Coordinator; Judy Morrison, Native *
Consultant; Greg Ort, Deputy Warden; *
Lowell Brandt,                     *
                                   *
            Appellees.             *

_____

Submitted: August 5, 2011
Filed: August 22, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

William Patrick Johnson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful review, we conclude that the denial of substitute counsel was not an abuse of discretion, and that defendants were

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

entitled to summary judgment for the reasons the district court stated.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____